UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| STEVEN L. EVANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21 CV 59 RWS ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

For the reasons stated in defendant's motion to reverse and remand and without objection from plaintiff (Doc. 21),

**IT IS HEREBY ORDERED** that defendant's motion to reverse and remand [20] is granted, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g), and this case is remanded for further proceedings.

A separate Judgment is entered herewith.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of April, 2022.