UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVEN L. EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21 CV 59 RWS |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $5,176.59. Defendant does not object.  (Doc. # 25).

On April 27, 2022, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration.  (Doc. $22).  Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find plaintiff is entitled to an award in the requested amount.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [24] is granted as follows: plaintiff shall recover attorney's fees from the Social

1

Security Administration in the amount of $5,176.59.

**IT IS FURTHER ORDERED** that, under the terms of the Assignment of Fee Agreement executed by the plaintiff in this case (Doc. #24-3), the award shall be made payable to attorney Russell Still unless plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to the plaintiff and subject to offset to satisfy that debt.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of July, 2022.